UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMAN D. WEST, ET AL,           Case No. 12-14858
                                                           Honorable Patrick J. Duggan
       Plaintiff,                                 Magistrate Judge Laurie Michelson
v.

SPRINGTIME PUBLISHING, INC.,

       Defendant.
_____/

**NOTICE OF CONTINUED SETTLEMENT CONFERENCE
and
ORDER TO APPEAR IN PERSON**

A CONTINUED SETTLEMENT CONFERENCE in the above-entitled case has been set for **Friday, January 31, 2014, at 10:00 A.M.** before U.S. Magistrate Judge David R. Grand, at the United States Federal Courthouse, 200 East Liberty Street, Chambers 100, Ann Arbor, MI 48104. Because the Court finds that the further absence of Defendant's sole owner from these proceedings is a significant impediment to consummating a settlement in this matter, **IT IS HEREBY ORDERED** that she appear, in person, at the Continued Settlement Conference. Defendant is expressly warned that its owner's failure to so appear will result in the imposition of an appropriate sanction against Defendant, up to and including entry of a default judgment.

**IT IS SO ORDERED.**

Dated: January 15, 2014                         s/David R. Grand
Ann Arbor, Michigan                           DAVID R. GRAND
                                                  United States Magistrate Judge

    The undersigned certifies that the foregoing document was served upon counsel of record via email addresses the court has on file.

                                          s/Felicia M. Moses
                                          FELICIA M. MOSES
                                          Case Manager

Dated:   January 15, 2014