IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WEST MEDIA PUBLISHING, INC. et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SPRINGTIME PUBLISHING, INC. )<br>)<br>Defendant. ) | )<br>) Civil Action No. 12-CV-14858<br>)<br>) Honorable Patrick J. Duggan<br>)<br>) |

**ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS TO ANY PARTY**

After reviewing the Stipulated Dismissal of the present action, the Court finds that it is in compliance with Fed.R.Civ.P. 41(a)(1)(A)(ii) and the local rules of the United States District Court for the Eastern District of Michigan. Accordingly the stipulated is hereby granted and the present action is hereby dismissed with prejudice.

**IT IS SO ORDERED:**

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: February 18, 2014
I hereby certify that a copy of the foregoing document was served upon counsel of record on February 18, 2014, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS TO ANY PARTY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby Stipulated and Agreed by and among the parties, through their respective undersigned counsel of record, that:

(1) This action is dismissed with prejudice, and without costs each party bearing its own costs, expenses, and attorneys' fees; and

(2) This Court shall retain exclusive jurisdiction over the parties for the enforcement of a separate Settlement Agreement dated January 31, 2014, which has been entered into by the parties.

**So Stipulated And Approved:**     **So Stipulated And Approved:**

s/ Jeffrey P. Thennisch            s/David J. Bennett (with consent)
Jeffrey P. Thennisch (P51499)      David J. Bennett (P10690)
Attorney for Plaintiffs            Attorney for Defendant
West Media Publishing, Inc.        Springtime Publishing, Inc.
Thennisch Law Group, P.C.          Thav Gross Steinway & Bennett PC
7711 Dixie Highway #210            30150 Telegraph Road, Suite 444
Clarkston, MI  48346               Southfield, MI  48025
(810) 610-5640                     (248) 645-1700/(248) 645-8205 (Fax)


February 12, 2014                  February 12, 2014